Joanna MOORE, Movant, v. COMMONWEALTH of Kentucky, Opposed.

October 10, 1947.

P. H. Vincent and John C. Clarke for movant.

Eldon S. Dummit, Attorney General, and H. K. Spear, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied. Judgment affirmed.